CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN -2 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRIAN MUSE, | ) | Civil Action No. 7:17-cv-00497 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| HUDGENS, et al, | ) | Senior United States District Judge |
| Defendant(s). | ) | |

Brian Muse, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered November 22, 2017, the court directed plaintiff to submit within 30 days from the date of the Order the Trust Account Statement for April, 2017. On December 13, 2017 the November 22nd order was returned as undeliverable with no forwarding address given. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 2nd day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge